UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GORE,

                                                      Case No.: 3:20-CV-457-BJD-LLL

      Plaintiff,

v.

CSX TRANSPORTATION, INC.

      Defendant.

_____/

**JOINT NOTICE OF RESOLUTION**

      COMES NOW, the Parties to this action, and notify the Court pursuant to Local Rule 3.09 that this matter has amicably settled. The Trial currently tentatively set for September 26, 2022 can be cancelled.

      The parties are in the process of drafting and finalizing settlement documents. Due to the anticipated complicated nature of the release and settlement terms, the parties will jointly move the Court for dismissal of this action upon conclusion, which the parties anticipate will occur within the next sixty (60) days.

Respectfully submitted this 31st day of August, 2022.

s/ Alisa D. Wilkes
Alisa D. Wilkes, Esquire
Florida Bar No. 0081747
13400 Sutton Park Dr. S.
Suite 1204
Jacksonville, FL 32224
(904)620-9545
alisa@wilkesmee.com
service@wilkesmee.com
*Attorney for Plaintiff John Gore*


s/C. Ryan Eslinger
Eric L. Leach
Florida Bar No. 745480
eleach@miltonleach.com
C. Ryan Eslinger
Florida Bar No. 634859
reslinger@miltonleach.com
Secondary Email Address:
aaustin@miltonleach.com
3127 Atlantic Blvd.
Jacksonville, Florida  32207
(904) 346-3800 - Telephone
(904) 346-3692 – Facsimile
*Attorneys for Defendant CSX Transportation, Inc.*