UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GORE,

    Plaintiff,

v.
                                   Case No. 3:20-cv-457-BJD-LLL

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Joint Notice of Resolution (Doc. 35; Notice) filed on August 31, 2022. In the Notice, the parties advise the Court that this case has been resolved. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **REMOVED** from the September 2022 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **October 31, 2022**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **October 31, 2022** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 1st day of September, ~~August~~, 2022.

*/s/ Brian J. Davis*
BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties