UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GORE,

    Plaintiff,

v.                                          Case No. 3:20-cv-457-BJD-LLL

CSX TRANSPORTATION, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 37; Stipulation) filed on October 5, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 6th day of October, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record